[Criminal No. 473. Filed January 24, 1920.]

[186 Pac. 586.]

## GERONIMO LIMON and ENRICO MOLINO, Appellants, v. STATE, Respondent.

CRIMINAL LAW—RECORD EXAMINED FOR FUNDAMENTAL ERROR.—Where one convicted of crime has done nothing but file the record on appeal, the Supreme Court will examine the record for fundamental error.

APPEAL from a judgment of the Superior Court of the County of Maricopa. R. C. Stanford, Judge. Affirmed.

Mr. L. J. Cox, for Appellants.

Mr. Wiley E. Jones, Attorney General, Mr. L. B. Whitney, Assistant Attorney General, and Mr. L. M. Laney, County Attorney, for the State.

PER CURIAM.—The appellants in this case have done nothing but file the record. We have examined the record for fundamental error, and, finding none, the judgment of conviction will be affirmed; and it is so ordered.